**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

LOUISE HEARD                                                                         PLAINTIFF

V.                          CASE NO. 3:12CV00137-BD

MISSISSIPPI COUNTY SHERIFF'S DEPARTMENT, *et al.*            DEFENDANTS

## ORDER

On June 8, 2012, Plaintiff Louise Heard filed a Complaint against the Mississippi County Sheriff's Department; Sheriff James Sanders; and John Doe defendants identified as Bailiffs, Deputies and Jailers for the Mississippi County Sheriff's Department; Bailiffs in Mississippi County Circuit Court, Osceola Division; and personnel working as part of Security at the Mississippi County Detention Center.  Plaintiff's claims against Mississippi County Sheriff's Department have since been dismissed.

Under Federal Rule of Civil Procedure 4(m), defendants not served with summons and Complaint within 120 days of filing of the Complaint may be dismissed, without prejudice, for lack of timely service.  Accordingly, the Court will dismiss claims against the John Doe defendants, without prejudice, unless they are identified by name and served with summons and Complaint, with proof of service provided to the Court by March 29, 2013.

IT IS SO ORDERED this 15th day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE