# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**LOUISE HEARD**                                                                                            **PLAINTIFF**

V.                              **CASE NO. 3:12CV00137-BD**

**MISSISSIPPI COUNTY SHERIFF'S DEPARTMENT,** *et al.*            **DEFENDANTS**

## ORDER

In accordance with the Court's Order of February 15, 2013, and Fed. R. Civ. P. 4(m), the unnamed John Doe defendants generally identified in Plaintiff's Complaint as: persons on duty acting as bailiffs, deputies and jailers for Mississippi County Sheriff Department; persons acting as bailiffs in the Mississippi County Circuit Court, Osceola Division; and personnel working as part of Security at the Mississippi County Detention Center, are hereby dismissed as party defendants, without prejudice, for lack of timely identification and service of process.

IT IS SO ORDERED this 23rd day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE