# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**LOUISE HEARD**                                                                                      **PLAINTIFF**

V.                           **CASE NO. 3:12CV00137-BD**

**MISSISSIPPI COUNTY SHERIFF'S DEPARTMENT**, *et al*.            **DEFENDANTS**

## ORDER

Ms. Heard, through her attorney, has moved for additional time to respond to the pending motion for summary judgment. (Docket entry #40) The motion (#40) is GRANTED. Ms. Heard's response is now due on or before May 9, 2014.

IT IS SO ORDERED this 10th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE