IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LOUISE HEARD                                                                           PLAINTIFF

VS.                                    NO. 3:12CV00137-BD

MISSISSIPPI COUNTY SHERIFF'S DEPT., et al.                        DEFENDANTS

## ORDER

Defendant Sanders has moved for summary judgment on the claims raised in this lawsuit, and Ms. Heard has responded to the motion. (Docket entries #37, #48) Ms. Heard, however, also has requested a continuance of the trial scheduled in this matter based on the Defendant's failure to timely respond to her discovery requests. (#44) Defendant Sanders has no objection to the continuance, and requests an extension of time to provide Ms. Heard the discovery responses at issue. (#49)

The motion to continue (#44) is GRANTED. Because Defendant Sanders has now provided Ms. Heard the discovery at issue, the motion for enlargement of time (#49) and the motion to compel (#46) are DENIED as moot. Defendant Sanders's responses will be deemed timely. The parties will have an additional thirty (30) days to engage in discovery and to supplement their summary judgment papers. Ms. Heard's request for sanctions is DENIED. The bench trial scheduled for May 19, 2014 is CANCELLED.

IT IS SO ORDERED this 8th day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE