# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**LOUISE HEARD**                                                                                    **PLAINTIFF**

VS.                                            NO. 3:12CV00137-BD

**JAMES SANDERS**                                                                                 **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 16th day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE